# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAMELA WHITEFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-04-1106-T |
| ) | |
| THE TOWN OF MAUD, OKLAHOMA, a ) | |
| Municipal Corporation, SHAWN SWEENEY, ) | |
| and JOHN DOES, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On July 7, 2005, the Court entered an Order directing Plaintiff to correct certain deficiencies in her June 17, 2005, witness and exhibit list. Plaintiff responded to the Court's Order by filing, on July 11, 2005, an amended witness and exhibit list which, in part, purports to *expand* the number of exhibits she intends to offer at trial.[1] However, Plaintiff has neither sought nor obtained leave of Court to list additional exhibits. As the decision as to whether to permit Plaintiff to list additional exhibits will depend, in part, on whether Defendants object thereto, Defendants are ordered to notify the Court, by written pleading, of any objection to Plaintiff's filing of an amended exhibit list. Defendants response to this Order is due within five days of the date of this Order.

In addition, it is clear from Plaintiff's July 11, 2005, amended witness and exhibit list that she has not complied with the Court's July 7, 2005, order which directed her to provide Defendants with an exact

---

[1] Plaintiff's June 17, 2005, exhibit list did not identify (1) psychiatric records maintained Dr. Jim Lowery; (2) psychiatric records maintained by Don Dyer, M.S., or (3) the "relevant portions of Policies & Procedures Manual – Town of Maud."

copy of any exhibit she intends to offer at trial.[2]  Accordingly, she is directed to *immediately* comply with the July 7, 2005, order.

      IT IS SO ORDERED this 11TH day of July, 2005.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff's counsel's statement that Defendants' counsel has "obtained possession of copies" of the exhibits "from the source generating such exhibits" is insufficient to demonstrate compliance with the Court's order that Plaintiff provide Defendants with a copy of the document.